**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

VICTOR VALLADARES-REAL,

Defendant - Appellant.

No. 12-50000

D.C. No. 3:10-cr-05025-H

MEMORANDUM[*]

Appeal from the United States District Court
for the Southern District of California
Marilyn L. Huff, District Judge, Presiding

Submitted November 19, 2013[**]

Before:     CANBY, TROTT, and THOMAS, Circuit Judges.

Victor Valladares-Real appeals from the district court's judgment and

challenges the 168-month sentence imposed following his guilty-plea conviction

for conspiracy to distribute controlled substances, in violation of 21 U.S.C.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§§ 841(a)(1) and 846. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Valladares-Real contends that the district court erred by denying him a two-level minor-role adjustment under U.S.S.G. § 3B1.2(b). We review for clear error, *see United States v. Rosas*, 615 F.3d 1058, 1066 (9th Cir. 2010), and find none. Because Valladares-Real failed to demonstrate that he was "substantially less culpable than the average participant," the district court correctly denied the adjustment. *See* U.S.S.G. § 3B1.2 cmt. n.3(A); *Rosas*, 615 F.3d at 1067. Valladares-Real's argument that our decision in *United States v. Rojas-Millan*, 234 F.3d 464 (9th Cir. 2000), compels a different result is unavailing.

**AFFIRMED.**